# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHZAD RAJABI,<br><br>        Plaintiff,<br><br>  v.<br><br>PSA AIRLINES, INC., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00090-OWW-SKO<br><br>**ORDER FOR SERVICE OF FIRST AMENDED COMPLAINT AND ISSUANCE OF NEW CIVIL CASE DOCUMENTS** |

    Plaintiff Behzad Rajabi ("Plaintiff") filed a complaint against PSA Airlines, Inc. and several other defendants on January 19, 2011.  (Doc. 1.)  The complaint was screened by the Court pursuant to 28 U.S.C. § 1915(e)(2).  (Doc. 6.)  Subsequently, Plaintiff retained counsel (Doc. 10) and filed a First Amended Complaint (Doc. 11).  As Plaintiff is proceeding neither *in propria persona* nor *in forma pauperis*, the Court has no continuing obligation to screen the complaint.

    Accordingly, the Clerk of Court is DIRECTED to issue new civil case documents, including any necessary summonses.  Plaintiff, through his counsel, is ordered to SERVE a copy of his First Amended Complaint and a summons on any defendants named in the amended complaint, and Plaintiff shall file the executed summonses with the Court upon completion of service.  Alternatively, Plaintiff may seek a waiver of personal service from any defendant named in the amended complaint pursuant to Federal Rule of Civil Procedure 4(d).

IT IS SO ORDERED.

**Dated:   April 20, 2011**               **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE