Michael T. Carr, CSBN 183085
Nathan J. Wagner, CSBN 257455
LAW OFFICES OF MICHAEL T. CARR, APC
2670 Myrtle Avenue, Suite 106
Monrovia, CA 91016-5077
Telephone: (626) 254-8901
Facsimile: (626) 254-8921
mike@michaelcarrlaw.com

Attorneys for Plaintiff BEHZAD RAJABI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BEHZAD RAJABI, | Case No. 1:11-cv-00090-OWW-SKO |
| Plaintiff, | Judge: *Hon. Oliver W. Wanger* |
| v. | **ORDER REGARDING STIPULATION OF DISMISSAL OF UNSERVED DEFENDANTS, CERTAIN CLAIMS AGAINST PSA AIRLINES, INC., AND TRANSFER OF VENUE** |
| PSA AIRLINES, INC., et. al., | |
| Defendants. | |

Plaintiff BEHZAD RAJABI and Defendant PSA AIRLINES, INC. (the "Parties") having stipulated to the dismissal of Plaintiff's claims against all Defendants, other than Defendant PSA AIRLINES, INC., and the dismissal of all California state law claims against PSA AIRLINES, INC., pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), having further

stipulated to the withdrawal of and taking Defendant's Motion to Dismiss off calendar, and, having further stipulated to the transfer of the remaining portions of this action to the United States District Court for the Southern District of Ohio pursuant to 28 U.S.C. § 1404(a), and in consideration of all other evidentiary matters presented to this Court, IT IS HEREBY ORDERED THAT:

1. Defendant PSA AIRLINES, INC.'s Motion to Dismiss, filed on June 7, 2011, is taken off calendar and withdrawn by Defendant.

2. Plaintiff Behzad Rajabi's claims in this action against Defendants Jeffery Gilliam, Darren Harris, Matthew Christner, Randall Fusi, Joseph Rose, Bruce Kumke, and Jason Kyle are hereby dismissed without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

3. All of Plaintiff Behzad Rajabi's California state law claims and requests for relief based on California law as to PSA AIRLINES, INC., including but not limited to the claim for wrongful termination in violation of public policy, are hereby dismissed with prejudice. Plaintiff's claims and requests for relief based upon non-California law, such as United States law or Ohio law, including but not limited to the claim for wrongful termination in violation of public policy, are not dismissed.

4. Plaintiff's remaining claims against PSA AIRLINES, INC. are hereby transferred to the United States District Court for the Southern District of Ohio, pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

    Dated:   **July 18, 2011**                        **/s/ Oliver W. Wanger**
                                                                                            UNITED STATES DISTRICT JUDGE